CAROLINE C. McMCREARY, STATE BAR NO. 176563
Attorney at Law
7081 N. Marks Avenue, Ste. 104 PMB 302
Fresno, California 93711
Telephone: (559) 696-4529
ccmccreary@yahoo.com

Attorney for Defendant David Murrieta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:16-CR-0030-001 LJO |
| Plaintiff, | ) **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | ) |
| DAVID MURRIETA, | ) Sentencing Date: October 11, 2016 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **October 11, 2016 at 8:30 am**, **may be continued to November 7, 2016 at 8:30 am., in Department 4 of the United States District Court.**

The continuance is requested by counsel for Defendant, DAVID MURRIETA to allow additional time for Plea Negotiations.

---
-1-
**Stipulation to Continue Sentencing Hearing**
**US v. David Murrieta - 1:16-CR-0030-001**

DATED: September 13, 2016                Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**

   /s/
DANIEL L. HARRALSON
Attorney for Defendant

DATED: September 13, 2016                **UNITED STATES ATTORNEYS OFFICE**

   /s/
KIMBERLY SANCHEZ
Attorney for United States

---

# ORDER
-----

The Sentencing Hearing of October 11, 2016, at 8:30 am, is continued to November 7, 2016 at 8:30 am. as requested. No further continuances.

IT IS SO ORDERED.

   Dated:   **September 15, 2016**            /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

-2-
**Stipulation to Continue Sentencing Hearing**
**US v. David Murrieta - 1:16-CR-0030-001**