PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DAVID MURRIETA III<br><br>                    Defendant. | CASE NO. 1:16-CR-00030-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |

The parties stipulate as follows:

1.      A Petition for Violation of Supervised Release was filed against defendant David Murrieta III on December 15, 2023. Defendant had his initial appearance regarding revocation of supervised release on January 4, 2024. The Court ordered defendant detained and scheduled a status conference on January 18, 2024.

2.      During the status conference defense counsel requested a continuance without objection by the United States, and the Court continued the status conference to February 14, 2024.

3.      On February 8, 2024, the parties met and agreed to continue the February 14, 2024, status conference until March 6, 2024, to provide defendant with reasonable time necessary for effective

1

1 preparation, so that the defendant can review the discovery, and for defendant to consider a resolution of
2 the case.
3     IT IS SO STIPULATED.

DATED:    February 12, 2024

        */s/ Michael Aed*
        Michael Aed
        Counsel for David Murrieta III

DATED:    February 12, 2024

        */s/ Cody Chapple*
        Cody Chapple
        Assistant United States Attorneys

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference from February 14, 2024, to March 6, 2024, at 2:00 pm before the Duty Magistrate Judge. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and for effective preparation, and fully consider a resolution of the case.

IT IS SO ORDERED.

Dated: **February 12, 2024**    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE