Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>David Murrieta, III<br><br>Defendant. | No.  1:16 CR 00030 JT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND ORDER** |

On December 2, 2023, Defendant David Murrieta was indicted on federal charges. CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Murrieta on January 8, 2024 in his criminal case. Mr. Murrieta was sentenced on April 29, 2024. The time for filing a direct appeal was May 13, 2024. No direct appeal was filed. Mr. Murrieta was in custody at sentencing. He was given 11 months with no supervision to follow. Having completed representation of Mr. Murrieta, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Murrieta require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  May 14, 2024                         Respectfully submitted,

                            /s/ Michael J. Aed
                            Michael J. Aed
                            Defendant, David Murrieta III

## ORDER

Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant David Murrieta III at the following address and to update the docket to reflect Defendant's pro se status and contact information.

1920 E Sussex Way #121 Fresno, CA 93726

IT IS SO ORDERED.

Dated:   **May 14, 2024**                                        _____
                                                                UNITED STATES DISTRICT JUDGE